Exhibit A to the Complaint

**Location:** Los Angeles, CA  **IP Address:** 76.178.77.198
**Total Works Infringed:** 50  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | BA103D288DCA892EE51AE64C06C3131B713C1C3D | 08/25/2025 08:04:20 | Blacked | 06/17/2025 | 06/20/2025 | PA0002536513 |
| 2 | 92C927F06406E5B71E2559B101ADFD7F8E3C2D3F | 08/13/2025 00:39:03 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 3 | FFD1A38145001BC39A1763D62803CF71D13FA113 | 08/08/2025 19:44:34 | Wifey | 07/19/2025 | 07/22/2025 | PA0002541702 |
| 4 | 9091EE3BC8344E2749C775655A80F7DDC5BBEBC6 | 08/07/2025 21:43:40 | Blacked | 07/07/2025 | 07/22/2025 | PA0002541657 |
| 5 | 13594ce970c7bfb84b93e81e7135e927a6bf6648 | 06/12/2025 22:31:24 | Blacked | 08/26/2023 | 09/18/2023 | PA0002430902 |
| 6 | 3328972252AE118DF3DA683B4F7FDB3FC3516F9D | 06/10/2025 23:15:34 | Blacked Raw | 06/05/2025 | 06/09/2025 | PA0002534197 |
| 7 | FE55BE1957101AFF73FBD64E07ACED821BB68BF1 | 06/03/2025 02:00:09 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 8 | E8BA1AEF90EBAF02D88E8186AE77998D7F63AE7A | 06/02/2025 23:06:28 | Milfy | 05/28/2025 | 06/09/2025 | PA0002534201 |
| 9 | F5C943D481C66E1DD9DBB35328F5A1717D1FFEFD | 05/31/2025 08:53:40 | Blacked Raw | 05/11/2025 | 05/20/2025 | PA0002531798 |
| 10 | 0236ECFBBE686981231B5D9C08836B425E1F3F8E | 05/28/2025 23:15:21 | Vixen | 10/20/2023 | 12/05/2023 | PA0002443587 |
| 11 | 3F2C158A633FCD8C5B4F2907E1F0B205E498642A | 05/26/2025 08:42:32 | Wifey | 05/24/2025 | 06/10/2025 | PA0002534386 |
| 12 | 823F8EFCF81629C51883FA4179B559AE0B07D1CC | 05/22/2025 20:55:09 | Blacked | 05/13/2025 | 05/20/2025 | PA0002531793 |
| 13 | 4BF1D581A83843B36BB793D7745E442FCDC839CD | 05/20/2025 08:36:21 | Blacked Raw | 03/07/2025 | 03/25/2025 | PA0002521733 |
| 14 | 583C858FB05C3CBB1EC52E771E21D47D2CFE2D37 | 05/07/2025 11:04:33 | Vixen | 12/27/2024 | 01/16/2025 | PA0002509637 |
| 15 | 65D43502F2CC2047646DBF58C7EF221701B65DC1 | 05/06/2025 23:38:36 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 16 | 023fee1d9a979ec75b9eb19a01a32259d8a644d3 | 05/06/2025 22:12:46 | Milfy | 01/10/2024 | 03/28/2024 | PA0002462578 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 9D2838E6418B406CEB9C98FA1981019920EDE70A | 05/06/2025 22:07:14 | Wifey | 03/22/2025 | 04/23/2025 | PA0002527267 |
| 18 | E769C274201090B00989E18FA1E7CFE46A3A05DA | 05/06/2025 21:57:52 | Vixen | 05/02/2025 | 05/21/2025 | PA0002531828 |
| 19 | B7BDABB5E08C856B0737882A1D4947E34224A13F | 05/05/2025 21:39:03 | Blacked | 04/28/2025 | 05/20/2025 | PA0002531773 |
| 20 | B32C83AFC7455675B5EB6CE17AA26804F3C626AF | 05/05/2025 11:03:25 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 21 | 24A89BB68241CC14F2DEAB6EB7F461A881D73DE9 | 05/05/2025 10:11:15 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |
| 22 | 3fffe75034296bd74e4b12494e69e71d20598ec2 | 04/30/2025 09:19:59 | Blacked Raw | 03/13/2018 | 04/17/2018 | PA0002116738 |
| 23 | AC9B808B6DCDC57E4EDC0C81791DAB45B0F97CFD | 04/24/2025 23:23:44 | TushyRaw | 09/10/2024 | 09/18/2024 | PA0002490434 |
| 24 | 00AB3E27F73D976C786941A01ACF8773DD63171C | 04/20/2025 21:31:51 | Vixen | 01/17/2025 | 02/18/2025 | PA0002515875 |
| 25 | c6b4a5cf63962b141e147f0e0a8812fe3f4ee4ac | 03/26/2025 08:28:13 | Milfy | 10/23/2024 | 11/18/2024 | PA0002500970 |
| 26 | CDD361D7699372E9445A845890BA83B6DD60BA12 | 02/25/2025 22:04:26 | Tushy | 12/29/2024 | 01/16/2025 | PA0002509286 |
| 27 | 0C8CDB6F474489EDFA498685AA06B76E643EEABD | 02/20/2025 00:55:32 | Blacked Raw | 11/04/2024 | 11/18/2024 | PA0002501000 |
| 28 | E2015B21D87D8BFFA330714A98302B935D06B2CD | 02/17/2025 10:50:03 | Blacked Raw | 12/09/2024 | 12/13/2024 | PA0002506263 |
| 29 | 9B73190B61313F12BCADA1543B67AA96CD8F448F | 02/09/2025 10:10:02 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 30 | cb449a30844f774866ce876a5799ce364f9f76a1 | 02/05/2025 11:21:11 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |
| 31 | c2e4c3698a44fa3db7259ebbfcb2b45ad225d9f8 | 02/04/2025 10:53:25 | Blacked Raw | 12/16/2024 | 01/15/2025 | PA0002509324 |
| 32 | 164881b2afedca66eedbefcdf91f9e78a0c77296 | 02/04/2025 10:44:27 | Blacked Raw | 11/18/2024 | 12/13/2024 | PA0002506266 |
| 33 | 5A7388CD8CFF82AA2C2BA3359EDFB3C58834B00E | 01/24/2025 02:06:40 | Blacked | 01/18/2025 | 02/18/2025 | PA0002516140 |
| 34 | 7F8FC5E3069CCE94B850906DC5525930B0CBCD5B | 01/24/2025 01:36:52 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | ea42e1d5885851a9ee4fa5060edb97a2519465ab | 01/22/2025 10:39:31 | Blacked | 07/08/2023 | 07/13/2023 | PA0002420354 |
| 36 | d8811d7880b3d345fdde64a2ca5e4875ea261bfe | 01/22/2025 01:32:26 | TushyRaw | 08/16/2023 | 09/18/2023 | PA0002431113 |
| 37 | AAF68C34A4E4FD1D9E52C8FC22FCC89DD93BB443 | 01/22/2025 01:26:03 | Blacked Raw | 11/05/2022 | 12/11/2022 | PA0002384735 |
| 38 | 0B1E37B3BE030743297A0CA829345BC00DB1FC3B | 01/21/2025 08:28:43 | TushyRaw | 06/04/2024 | 06/18/2024 | PA0002476918 |
| 39 | 33941F7297628312CD049964AA6911D38B6A1C91 | 01/20/2025 13:23:09 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |
| 40 | 0D154A56CDFCF64390FA39916799A327F710223B | 01/18/2025 14:08:37 | Blacked Raw | 03/25/2024 | 04/11/2024 | PA0002464925 |
| 41 | 5AE15ABC3A5AE3BE09A0AFE0182188F3D784984F | 01/18/2025 01:48:46 | Vixen | 10/18/2024 | 11/18/2024 | PA0002500907 |
| 42 | 6ddd333fb305cdb56b395151441f571ab8c621ea | 01/17/2025 09:33:13 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 43 | 81FF0DAF08D700C715D5E6ADF568C70F4004A90B | 01/08/2025 10:12:52 | Blacked | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 44 | 3F0FA055CDB6116A3E0484ED3D2385389017C56A | 01/07/2025 11:21:08 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 45 | DF165C5C3D55FA73DFC067A6A47AFC6EEA1C50A6 | 01/07/2025 10:06:47 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 46 | 62BDBDFF714FDBF2F5E10B01CCC58EF059BEFD9A | 01/07/2025 10:06:16 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 47 | 9F8DB91927264FDA58EB10F2990B030873939ADA | 01/07/2025 10:03:03 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 48 | 023DA8936837B356DE5E089D9FCE6B5C47D1600E | 01/07/2025 09:54:45 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 49 | 17FD82AE34D39F2027588209284E2DDF61B222A3 | 01/07/2025 09:51:15 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 50 | 4699597e57ec1481f3df54290fb875aaf1071395 | 12/16/2023 05:50:29 | TushyRaw | 11/15/2023 | 12/13/2023 | PA0002445430 |